UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DON S. WRIGHT,
    Petitioner

V.                                                                   CA 10-30227-MAP

STATE OF FLORIDA,
    Respondent

## ORDER OF DISMISSAL

December 7, 2010

PONSOR, D.J.

    The above captioned case was filed on December 1, 2010. Although the petitioner has labeled this action as one for a writ of habeas corpus, it appears that the relief he seeks is dismissal of a Florida state indictment. The petitioner does not claim that his current custodian is refusing to release him but that Florida prosecutors have failed to request his presence in Florida to stand trial. This federal court is without authority to dismiss the state indictment. The Court therefore denies without prejudice the motions for a writ of habeas corpus and for dismissal of the state indictment, and dismisses this action. The petitioner may seek a dismissal of the indictment in the Florida courts.

    It is so ordered.

                                                   /s/ Michael A. Ponsor
                                             U.S. Distict Court Judge