# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DON S. WRIGHT,

    Petitioner

        v.            CIVIL ACTION NO. 3: 10-30227 -MAP

STATE OF FLORIDA,

    Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing the petitioner's petition.

                                      SARAH A. THORNTON,
                                      CLERK OF COURT

Dated: December 7, 2010            By /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk

(Civil Judgment of Dismissal-2 (pet-v-resp).wpd - 11/98)
        [jgm.]